CR 08 34

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): ADI GOLDSTEIN

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

US SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:08MJ39-A

Place of offense: Rhode Island County

CASE NO.

USA vs.

Defendant: MICHAEL BERMUDEZ Alias Michael Morales

Addr

REDACTED

☐

Birt

Dat

ien

licable)

Soc

Issue: ☐ Warrant ☑ Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): ____________

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 7

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHED | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | Estimated Trial Days: 3 | | ☐ Felony ☐ Misdemeanor |

ATTACHMENT TO DEFENDANT INDICTMENT RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT

MICHAEL BERMUDEZ

Count I: 18 U.S.C. § 1029(b)(2) Conspiracy to commit credit card fraud.

PENALTIES: 5 years imprisonment; $250,000.00 fine; 3 years supervised release; and a $100.00 special assessment,

Count II: 18 U.S.C. § 1029(a)(2) - Knowingly and with intent to defraud traffics in or uses one or more unauthorized access devises during any one year period, and by such conduct obtains anything of value aggregating $1,000 or more during that period.

PENALTIES: 5 years imprisonment; $250,000.00 fine; 3 years supervised release; and a $100.00 special assessment.

Count III: 18 U.S.C. § 1029(a)(1) - Knowingly and with intent to defraud produces, uses, or traffics in one or more counterfeit access devices.

PENALTIES: 5 years imprisonment; $250,000.00 fine; 3 years supervised release; and a $100.00 special assessment.

Count IV: 18 U.S.C. § 1029(a)(1) - Knowingly and with intent to defraud produces, uses, or traffics in one or more counterfeit access devices.

PENALTIES: 5 years imprisonment; $250,000.00 fine; 3 years supervised release; and a $100.00 special assessment.

Count V: 18 U.S.C. § 1029(a)(2) Knowingly and with intent to defraud traffics in or uses one or more unauthorized access devises during any one year period, and by such conduct obtains anything of value aggregating $1,000 or more during that period.

PENALTIES: 5 years imprisonment; $250,000.00 fine; 3 years supervised release; and a $100.00 special assessment.

Count VI: 18 U.S.C. § 1029(a)(1)- Knowingly and with intent to defraud produces, uses, or traffics in one or more counterfeit access devices.

PENALTIES: 5 years imprisonment; $250,000.00 fine; 3 years supervised release; and a $100.00 special assessment.

COUNT VII: 18 U.S.C. § 1028A (a)(1) and (c)(4) During and in relation to commission of offenses listed in Counts 1 - III, using without lawful authority means of identification of another.

PENALTIES: 2 yrs consecutive to any other sentence imposed; $250,000.00 fine; 3 years supervised release; and a $100.00 special assessment.