AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States

v.

James Hernandez

APPEARANCE

CASE NUMBER: 08-34-04S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

James Hernandez

I certify that I am admitted to practice in this court.

4/10/08
*Date*

[signature]
*Signature*

J. Crowell — 1993
*Print Name* — *Bar Number*

128 Dorrance St, Prov
*Address*

*City* *State* *Zip Code*

272-6600 — 274-0175
*Phone Number* — *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.