1474932

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
APR 0 9 2008
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JAMES HERNANDEZ

**WARRANT FOR ARREST**

CASE NUMBER: CR08-34-04S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMES HERNANDEZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO COMMIT CREDIT CARD FRAUD; KNOWINGLY AND WITH INTENT TO DEFRAUD PRODUCES, USES OR TRAFFICS IN ONE OR MORE COUNTERFEIT ACCESS DEVICES DURING ANY ONE YEAR PERIOD, AND BY SUCH OBTAINS ANYTHING OF VALUE AGGREGATING $1000 OR MORE DURING THE PERIOD; KNOWINGLY AND WITH INTENT TO DEFRAUD PRODUCES, USES OR TRAFFICS IN ONE OR MORE COUNTERFEIT ACCESS DEVICES

in violation of Title 18 United States Code, Section(s) 1029(b)(2) and (a)(1) & (a)(2)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J. Noel
Signature of Issuing Officer

April 9, 2008 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at 380 Westminster St. Providence, RI | | |
| DATE RECEIVED 4-9-08 | NAME AND TITLE OF ARRESTING OFFICER Caitlin O'Brien-Baker Special Agent | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 4-10-08 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.